[ DAVENPORT v. HALL ]

Elisabeth Davenport Relict & Adm$^x$ to the Estate of the late Capt$^n$ Nathaniel Davenport dec$^d$ plaint. ag$^t$ Richard Hall (part Owner and late Merchant of the Ship Nevis Facto$^r$) Def$^t$ in an action of debt of two hundred and Fourteen pounds w$^{ch}$ the s$^d$ Hall tooke up & borrowed of the s$^d$ Nathaniel Davenport upon the bottom of s$^d$ Ship; which should have been paid at Jamaica in currant mony of s$^d$ place, as may appeare by two writeings or Obligations under the hand of s$^d$ Hall having reference one to the other with all due damages according to attachm$^t$ Dat$^d$ Aug$^o$ 24$^o$ 1676. . . . The Jury . . . found for the plaint. two hundred & Fourteen pounds mony according to bond & costs of Court twenty nine Shillings eight pence.

Execucion issued. 5$^o$ Feb$^{ry}$ 1676.

[ DAVENPORT v. HALL ]

Elisabeth Davenport Relict & Adm$^x$ to the Estate of the late Capt$^n$ Nathaniel Davenport dec$^d$ plaint. agt. Richard Hall (part Owner and late Merchant of the Ship Nevis Factor) Def$^t$ in an action of the case for an Account with the proceeds of a parcell

of goods loaden upon s<sup>d</sup> Ship & consigned to s<sup>d</sup> Hall at Jamaica as may appeare by bill of Loading under the hand of Samuel Davis then Master of s<sup>d</sup> Ship to the value of One hundred and Forty pounds ten Shillings first cost with all due damages according to attachm<sup>t</sup> dat<sup>d</sup> august 24° 1676. . . . The Jury . . . found for the plaint. due upon the Sale of goods One hundred and Eighty pounds twelve Shillings Jamaica mony & costs of Court allowed.

The two abovewritten actions were tryed at the last County Court, but judgem<sup>t</sup> not entred untill this Court according to Law.